# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

**FILED**
JAMES J. VILT, JR. - CLERK
JUN 27 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Joshua Couch # 290663

(Full name of the Plaintiff(s) in this action)

v.

Christina Pruent

Mike Lewis

Michelle Nayse

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:25-CV-55-JHM
(To be supplied by the clerk)

(X) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Joshua Couch

Place of Confinement: Hopkins County Jail

Address: 2250 Laffoon trl Madisonville Ky 42431

Status of Plaintiff: CONVICTED (X)   PRETRIAL DETAINEE (_)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ )   PRETRIAL DETAINEE ( __ )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ )   PRETRIAL DETAINEE ( __ )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Christina Pivot is employed as kitchen supervisor at Hopkins county jail.

The Defendant is being sued in his/her ( X ) individual and/or ( X ) official capacity.

(2) Defendant Mike Lewis is employed as jailer at Hopkins county jail.

The Defendant is being sued in his/her ( X ) individual and/or ( X ) official capacity.

(3) Defendant Michelle Hause is employed as Captain at Hopkins County jail.

The Defendant is being sued in his/her ( X ) individual and/or ( X ) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her ( __ ) individual and/or ( __ ) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.  PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county): _____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On 2/23/25, I wrote an action Request telling jail staff that in my koms (kentucky online management system), That my Religion was jewish and that I was signed up to recieve the Passover meal. Upon being transfered here to hopkins county jail it was said That I had to wait (90) days before I can change my religion that I was already signed up for. So I waited The (90) days and switched my religion back Judism, and signed up for the kosher program. Upon haveing to Jump through hoops, defendents started making trays said to be kosher. my meals are not being blessed by a Rabbi, and the said to be kosher meals are being cooked with other inmates food and served on the Same trays. my meals consisted of uncooked oatmeal with a side of applesauce for breakfast on June 4th, at 5:35 Am. lunch was nothing but baked beans and mixed veggies out of a can. and are not in any way kosher.

4

## III. STATEMENT OF CLAIM(S) continued

Claim #1. food was being prepared with other inmates food.

Claim #2. Came from prison signed up for kosher and Bescher, it's on my prison (knows), kentucky online offender system. Jail staff failed to honor This, stated That I had to wait 90 days to change my religion To the religion I was for (2) two years.

Claim #3. food not being Blessed by our Rabbi and served on the same tray's as other inmates

Claim #4 Being served food out of a can that isn't kosher. Because The inmate population is being served The same food.

Claim #5 Violating my 8Th Admendment Cruel and unusal punishment

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ 10,000

__X__ grant injunctive relief by 7,500

__X__ award punitive damages in the amount of $ 500

__X__ other: to be transferred to a facility that has proper diet

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __4__ day of __June__, 20__25__

_Joshua Foust 290663_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_Joshua Foust 290663_
(Signature)

6

T. fouch 790663
Po Box 1030
Madisonville, KY
42431

Office of The Clerks
United States District Courts
423 Frederica St
Owensboro KY, 42301

LOUISVILLE KY 402
WED 25 JUN 2025 PM