
Fouch 108



# Hopkins County Jail

P.O. Box 1030 – 2250 Laffoon Trail
Madisonville, KY 42431 – (270) 821-6704 Fax (270) 825-5022
www.hopkinscountyjail.com

## Kosher/Halal/Vegan Tray Agreement

I would like to participate in the Kosher/Halal/Vegan diet program.

A. Because of this, I agree to comply with the following conditions:

- This special meal program must be requested and is available only to those inmates of faiths whose religious belief requires them to practice special dietary laws.

B. I understand that if I voluntarily request that my diet be canceled, I must sign the appropriate refusal form, and I must wait at least one (1) year from my request to cancel before requesting the diet be reinstated.
C. During meals, I will only eat the foods provided as a part of the special meal program
D. I will not purchase, possess, or consume any E-Cig or food items that are not permitted under my religious diet. I understand that my commissary purchases will be routinely monitored.
E. Complete participation is required, missing two or more meals per week will be cause for dismissal from the program.
F. I understand that if I violate one of the requirements listed above, I will be removed from the special diet program.

By my signature below, I acknowledge that I have read or had the contents of this agreement read to me by a Hopkins County Jail employee. I further agree that if permitted to participate in the special meal program, I will abide by the requirements of participation set forth by this agreement.

Signature: _____   Deputy Name: Cpt. Michelle Hays

Printed Name: John Fouch   Signature: Cpt. McHay

Date: 6-4-25   Date: 6/4/25