UNITED STATES DISTRICT COURT
RICT OF KENTUCKY
ORO DIVISION

PLAINTIFF

CIVIL ACTION NO. 4:25-CV-P55-JHM

DEFENDANTS

T OF INMATE FILING FEE

application to proceed without prepayment of fees
uired by 28 U.S.C. § 1915(a). Accordingly, **IT IS**
nd 4) is **GRANTED**. Pursuant to 28 U.S.C.
l to pay the statutory filing fee under an installment
601, 604 (6th Cir. 1997) ("When an inmate seeks
nmate pays the entire fee at the initiation of the
nstallment plan."), *overruled on other grounds by*

'3 will be assessed by this Order. 28 U.S.C.
al filing fee, the plaintiff will be obligated to make
cent of the preceding month's income credited to
Hopkins County Jail (HCJ) is required to send
 fee and thereafter payments from the plaintiff's
account exceeds $10.00, until the statutory filing



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Room 126 Federal Building
423 Frederica
Owensboro, KY 42301-3013

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
JAMES J. VILT, JR. - CLERK
AUG -7 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

HOPKINS COUNTY JAIL
Attn: Inmate Accounts
P.O. Box 1030
Madisonville, KY 42431
4-25-cv-55-JHM DN 8

NIXIE

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

quadient
FIRST-CLASS MAIL
IMI
$000.74⁰
07/30/2025 ZIP 42301
043M30221814
US POSTAGE