**Federal Rules of Appellate Procedure Form 1.  Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

**FILED**

JAMES J. VILT, JR. - CLERK

DEC - 8 2025

**U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY**

United States District Court for the District of
_Western   Kentucky_

File Number _4:25 - CV - 055 - JHm_

_Joshua Fouch_                     )
        *Plaintiff,*                )
    v.                            )                    Notice of Appeal
                                   )
_Christina Pivot et al._           )
        *Defendant.*               )

Notice is hereby given that _Joshua Fouch #290663_ , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the _6th_ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the _18th_ day of _November_ , 20 _25_ .

/s/ _Joshua Fouch  #290663_

Attorney for _____
Address: _____
_____

*[**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.]*

*See Rule 3(c) for permissible ways of identifying appellants

Name Joshua Fouch 290663
Inmate Uncensored Mail
Hopkins County Jail
P.O. Box 1030
Madisonville, KY 42431
**This correspondence is from a person incarcerated at the Hopkins County Jail**

LOUISVILLE KY 400
3 DEC 2025 PM 4 L



United States District Court
Room 126 Federal Building
423 Frederica St.
Owensboro KY 42301